```
THOMAS P. O'BRIEN                                    JS - 6
United States Attorney
CHRISTINE C. EWELL
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
LISABETH SHINER
Special Assistant United States Attorney
California Bar No. 151792
     U.S. Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213)894-6528
     Facsimile: (213)894-7177
     E-Mail: Lisabeth.Shiner@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | NO. CV 07-6741 SVW (JCx) |
|                                  ) | |
|              Plaintiff,          ) | CONSENT JUDGMENT OF FORFEITURE |
|                                  ) | |
|         v.                       ) | |
|                                  ) | |
| $10,200.00 IN U.S. CURRENCY,     ) | |
|                                  ) | |
|              Defendant.          ) | |
| _____  ) | |
|                                  ) | |
| TROY BOWEN,                      ) | |
|                                  ) | |
|              Claimant.           ) | |
| _____  ) | |

    This action was filed on October 19, 2007. Notice was given and published in accordance with law. Troy Bowen ("claimant") filed a claim on November 19, 2007, and an answer on December 21, 2007. No other claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff and claimant have reached an agreement that is dispositive of the

1

action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.

3. The defendant $10,200.00 in U.S. currency and all accrued interest thereon ("the property") shall be returned to claimant in care of his attorney, Shawn R. Perez.  Said property shall be forwarded by a check made payable in the amount of $10,200.00 to "Shawn R. Perez Client Trust Account," and shall be mailed to the Law Offices of Shawn R. Perez, 633 South Fourth Street, Suite 7, Las Vegas, NV 89129.

4. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including , without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: April 24, 2008

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2